UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV-218 |
| ) | |
| v. ) | Judges _____ |
| ) | |
| 0.40401694 BITCOIN (BTC) SEIZED FROM ) | |
| BINANCE USER ID 36895141; ) | |
| ) | |
| 59,911.36 TETHER (USDT) ) | |
| SEIZED FROM BINANCE USER ID ) | |
| 20891886; AND ) | |
| ) | |
| 9,128.847 TETHER (USDT) IN THE NAME ) | |
| OF MOSES OLUMIDE SOKALE ) | |
| 1,346.37 DECENTRALAND (MANA) ) | |
| 1,039.6163 CURVEDAO (CRV) ) | |
| 14,690.894 ZILLQA (ZIL) ) | |
| 5.5550225 AVALANCHE (AVAX) ) | |
| 14,534,916 SHIBA INU (SHIB) SEIZED ) | |
| FROM BINANCE USER ID 18211927, ) | |
| ) | |
| Defendants. ) | |

## VERIFIED COMPLAINT *IN REM*

Comes now the plaintiff, United States of America, by and through its attorneys, Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Daniel P. Nugent, Assistant United States Attorney, and brings this complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

## NATURE OF THE ACTION

1. In this *in rem* civil action, the United States of America seeks forfeiture of defendant properties as set forth below:

a) 0.40401694 Bitcoin (BTC) Seized From Binance User ID 36895141, Martins Eromosele Iyere **(SUBJECT WALLET 1)**;

b) 59,911.36 Tether (USDT) Seized From Binance User ID 20891886, Olawumi Stephen Adewale **(SUBJECT WALLET 2)**; and

c) 9,128.847 Tether (USDT), 1,346.37 Decentraland (MANA), 1,039.6163 Curvedao (CRV), 14,690.894 Zillqa (ZIL), 5.5550225 Avalanche (Avax), 14,534,916 Shiba Inu (SHIB) Seized From Binance User ID 18211927 **(SUBJECT WALLET 3)**.

(hereinafter "defendant properties")

2. The United States of America seeks forfeiture of the defendant properties pursuant to 18 U.S.C. § 981(a)(1)(C), which authorizes forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343. The United States of America also seeks forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) which authorizes forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 or any property traceable to such property and any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1956.

## THE DEFENDANTS *IN REM*

3. The United States seeks forfeiture of the following defendant properties seized on May 24, 2022, subsequent to a Warrant to Seize Property Subject to Forfeiture dated April 15, 2022, and executed April 18, 2022, from Binance Holdings Limited, located in Grand Cayman, Cayman Islands, which are more fully identified and more particularly described below:

a) 0.40401694 Bitcoin (BTC), seized from Binance User ID 36895141, Approx. VL: $11,725.11, associated with Martins Eromosele Iyere;

b) 59,911.36 Tether (USDT), seized from Binance User ID 20891886, Approx. VL: $59,839.39, associated with Olawumi Stephen Adewale;

c) 9,128.847 Tether (USDT), seized from Binance User Id 18211927, Approx. VL: $9,117.88, associated with Moses Olumide Sokale;

d) 1,346.37 Decentraland (MANA), seized from Binance User Id 18211927, Approx. VL: $1,322.46, Moses Olumide Sokale;

e) 1,039.6163 Curvedao (CRY), seized from Binance User Id 18211927, Approx. VL: $1,259.70, Moses Olumide Sokale;

f) 14,690.894 Zillqa (ZIL), seized from Binance User Id 18211927, Approx. VL: $738.28, Moses Olumide Sokale;

g) 5.5550225 Avalanche (AVAX), seized from Binance User Id 18211927, Approx. VL: $156.32, Moses Olumide Sokale; and

h) 14,534,916 Shiba Inu (SHIB), seized from Binance User Id 18211927, Approx. VL: $166.99, Moses Olumide Sokale.

## **JURISDICTION AND VENUE**

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant properties pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture of the defendant properties occurred in this district.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this district. Additionally, venue is proper pursuant to 28 U.S.C. § 1395(b) because the properties are located in this district.

7. Because the defendant properties are in the government's possession, custody, and control, the United States requests that the Clerk of Court issue Warrant for Arrest *in Rem*, upon the filing of the complaint, pursuant to Supplemental Rule G(3)(b)(1). The United States will then

3

execute the warrant on the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## BASIS FOR FORFEITURE

8. The United States of America seeks forfeiture of the defendant properties pursuant to:

   (a) 18 U.S.C. § 981(a)(1)(A), which authorizes forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation 18 U.S.C. § 1956, or any property traceable to such property;

   (b) 18 U.S.C. § 981(a)(1)(C), which authorizes forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, in violation of 18 U.S.C. § 1956; and

   (c) 18 U.S.C. § 981(a)(1)(C), which authorizes forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity," as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, in violation of 18 U.S.C. § 1343.

9. Pursuant to 18 U.S.C. § 981(f), all right, title and interest in the defendant properties became vested in the United States at the time of the acts giving rise to the forfeiture.

## FACTS

10. As set forth in detail in the attached Affidavit of Special Agent Jordan A. Foreman of the Federal Bureau of Investigation, the Government's investigation has determined that the defendant properties are proceeds of wire fraud violations of 18 U.S.C. § 1343 and derived from proceeds traceable to and involved in 18 U.S.C. § 1956. Martins Eromosele Iyere, Olawumi Stephen Adewale, and Moses Olumide Sokale, the owners of the accounts, engaged in violations of wire fraud, and laundered the proceeds obtained from the wire fraud.

11. The defendant properties are subject to forfeiture to the United States in accordance with 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

## CLAIM FOR RELIEF

12. Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 11 above.

## PRAYER FOR RELIEF

Wherefore, the United States of America prays that:

(1) The Clerk issue a Warrant for Arrest *in Rem* for the defendant properties;

(2) Defendant properties be condemned and forfeited to the United States of America in accordance with the provisions of law;

(3) Notice of this action be given to all persons known or thought to have an interest in or right against the defendant properties; and

(4) Plaintiff be awarded its costs in this action and for such other necessary and equitable relief as this Court deems proper.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: *s/Daniel P. Nugent*
Daniel P. Nugent
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
daniel.nugent@usdoj.gov
(865) 545-4167

5

# VERIFICATION

I, Jordan A. Foreman, Special Agent, Federal Bureau of Investigation, hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That I have read the foregoing Verified Complaint *in Rem* and know the contents thereof, and that the matters contained in the Verified Complaint *in Rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are from information gathered by law enforcement officers, as well as my investigation of this case with the Federal Bureau of Investigation.

I hereby verify and declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September 2023.

Jordan A. Foreman
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before me this 25th day of September 2023.

Paula B. Booker
Notary Public

My Commission Expires: January 3, 2027

STATE OF TENNESSEE NOTARY PUBLIC — PAULA B. BOOKER — KNOX COUNTY