# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:23-CV-218 |
| Plaintiff, ) | |
| ) | Judges _____ |
| v. ) | |
| ) | |
| 0.40401694 BITCOIN (BTC) SEIZED FROM ) | |
| BINANCE USER ID 36895141; ) | |
| ) | |
| 59,911.36 TETHER (USDT) ) | |
| SEIZED FROM BINANCE USER ID ) | |
| 20891886; AND ) | |
| ) | |
| 9,128.847 TETHER (USDT) IN THE NAME ) | |
| OF MOSES OLUMIDE SOKALE ) | |
| 1,346.37 DECENTRALAND (MANA) ) | |
| 1,039.6163 CURVEDAO (CRV) ) | |
| 14,690.894 ZILLQA (ZIL) ) | |
| 5.5550225 AVALANCHE (AVAX) ) | |
| 14,534,916 SHIBA INU (SHIB) SEIZED ) | |
| FROM BINANCE USER ID 18211927, ) | |
| ) | |
| Defendants. ) | |

## WARRANT OF ARREST *IN REM*

TO:  The United States Marshal for the Eastern District of Tennessee and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

The United States, by and through its United States Attorney, respectfully requests that the Clerk of the Court for the United States District Court for the Eastern District of Tennessee issue a Warrant of Arrest *in Rem* pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty

and Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States of America states as follows:

On September 26, 2023, the United States filed a Verified Complaint *in Rem* in the above-referenced case, which alleges that the defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) in violation of 18 U.S.C. §§ 1343 and 1956. The defendant properties are as follows:

    a)     0.40401694 Bitcoin (BTC) Seized From Binance User ID 36895141, Martins Eromosele Iyere **(SUBJECT WALLET 1)**;

    b)     59,911.36 Tether (USDT) Seized From Binance User ID 20891886, Olawumi Stephen Adewale **(SUBJECT WALLET 2)**; and

    c)     9,128.847 Tether (USDT), 1,346.37 Decentraland (MANA), 1,039.6163 Curvedao (CRV), 14,690.894 Zillqa (ZIL), 5.5550225 Avalanche (Avax), 14,534,916 Shiba Inu (SHIB) Seized From Binance User ID 18211927 **(SUBJECT WALLET 3)**.

(hereinafter, "defendant properties")

The defendant properties are currently in the possession of the United States. In these circumstances, the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i) directs the Clerk of the Court to issue a warrant to arrest the properties if it is in the government's possession, custody or control.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession,

custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon who copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Tennessee, have caused the foregoing Warrant of Arrest *In Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of the Court at Knoxville, Tennessee, this _____ day of _____, 2023.

                                        LeAnna R. Wilson
                                        Clerk of the Court
                                        United States District Court

By: _____
      Deputy Clerk

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by

_____ on the _____ day of _____, 2023.


_____
United States Deputy Marshal
United States Marshals Service