

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-CV- 218 |
| ) | |
| v. ) | Judges _____ |
| ) | |
| 0.40401694 BITCOIN (BTC) SEIZED FROM ) | |
| BINANCE USER ID 36895141; ) | |
| ) | |
| 59,911.36 TETHER (USDT) ) | |
| SEIZED FROM BINANCE USER ID ) | |
| 20891886; AND ) | |
| ) | |
| 9,128.847 TETHER (USDT) IN THE NAME ) | |
| OF MOSES OLUMIDE SOKALE ) | |
| 1,346.37 DECENTRALAND (MANA) ) | |
| 1,039.6163 CURVEDAO (CRV) ) | |
| 14,690.894 ZILLQA (ZIL) ) | |
| 5.5550225 AVALANCHE (AVAX) ) | |
| 14,534,916 SHIBA INU (SHIB) SEIZED ) | |
| FROM BINANCE USER ID 18211927, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney Daniel P. Nugent, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

Case 1:23-cv-00218-TRM-CHS   Document 6   Filed 09/26/23   Page 1 of 2   PageID #: 36

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Daniel P. Nugent*
DANIEL P. NUGENT
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
daniel.nugent@usdoj.gov
(865) 545-4167